Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-453-337

**Effective Date of Registration:** April 30, 2025
**Registration Decision Date:** July 22, 2025

## Title

| | |
|---|---|
| Title of Work: | Four Buffalo Trace Bourbons |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2019 |
| Date of 1st Publication: | May 24, 2020 |
| Nation of 1st Publication: | United States |

## Author

| | |
|---|---|
| • Author: | Ian Leonard Greathead |
| Author Created: | 2-D artwork |
| Citizen of: | United States |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | Ian Leonard Greathead |
| | 3949 Fort Trail, Roswell, GA, 30075, United States |

## Rights and Permissions

| | |
|---|---|
| Name: | Ian Leonard Greathead |
| Email: | ian@iangreathead.com |
| Address: | 3949 Fort Trail |
| | Roswell, GA 30075 United States |

## Certification

| | |
|---|---|
| Name: | David Denholm |
| Date: | April 30, 2025 |
| Applicant's Tracking Number: | IG2025042803 |

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

**VA 2-453-336**

**Effective Date of Registration:**
April 30, 2025
**Registration Decision Date:**
July 22, 2025



## Title

| | |
|---|---|
| **Title of Work:** | Davidoff and Bourbon |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2019 |
| **Date of 1st Publication:** | November 19, 2019 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Ian Leonard Greathead |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Ian Leonard Greathead<br>3949 Fort Trail, Roswell, GA, 30075, United States |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Ian Leonard Greathead |
| **Email:** | ian@iangreathead.com |
| **Address:** | 3949 Fort Trail<br>Roswell, GA 30075 United States |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | April 30, 2025 |
| **Applicant's Tracking Number:** | IG2025042802 |



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

**VA 2-453-335**

**Effective Date of Registration:**
April 30, 2025
**Registration Decision Date:**
July 22, 2025

## Title

**Title of Work:** Blanton's with Carrillo Cigar

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** February 11, 2021
**Nation of 1st Publication:** United States

## Author

- **Author:** Ian Leonard Greathead
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Ian Leonard Greathead
3949 Fort Trail, Roswell, GA, 30075, United States

## Rights and Permissions

**Name:** Ian Leonard Greathead
**Email:** ian@iangreathead.com
**Address:** 3949 Fort Trail
Roswell, GA 30075 United States

## Certification

**Name:** David Denholm
**Date:** April 30, 2025
**Applicant's Tracking Number:** IG2025042801

Page 1 of 2

