**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

IAN LEONARD GREATHEAD,

     Plaintiff,

v.

THE PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A",

     Defendants.

Case No.: 1:25-cv-13924

**Judge Charles P. Kocoras**

**Magistrate Judge Beth W. Jantz**

## JOINT STATUS REPORT

Pursuant to Minute Entry Order [39], Plaintiff, Ian Leonard Greathead ("Plaintiff"), and Defendant Nos. 13 NB poster, 28 Unique posters, and 38 just poster (collectively, the "Defendants"), submit this joint status report.

Plaintiff and Defendants have executed a settlement agreement, and Plaintiff is currently awaiting payment. Defendants have until July 18, 2026, to remit the settlement amount. Should Defendants provide notice to Plaintiff at least five (5) days before that deadline that additional time is needed, the payment deadline extends to August 17, 2026. If Defendants fail to provide such notice or remit payment by the applicable deadline, Defendants agree that the Court may enter a consent judgment against them for the full amount due under the settlement agreement, plus reasonable attorneys' fees and costs incurred in entering and enforcing such judgment. The Parties respectfully request that the Court set a status report date of July 15, 2026.

DATED:   May 29, 2026

Respectfully submitted,

| | |
|---|---|
| */s/ Keith A. Vogt* | */s/ Jiyuan Zhang* |
| Keith A. Vogt | Jiyuan Zhang |
| FL Bar No. 1036084/IL Bar No. 6207971 | J. Zhang and Associates, P.C. |
| Keith A. Vogt PLLC | 37-12 Prince Street, Suite 9C |
| 1820 NE 163rd Street, Suite #306 | Flushing, NY 11354 |
| North Miami Beach, Florida 33162 | Telephone: 718-701-5098 |
| Telephone: 312-971-6752 | E-mail: contact@jzhanglaws.com |
| E-mail: keith@vogtip.com | |
| | |
| ***ATTORNEY FOR PLAINTIFF*** | ***ATTORNEY FOR DEFENDANTS*** |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on May 29, 2026, with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all attorneys and parties of record.

/s/ Keith A. Vogt
Keith A. Vogt