**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Ian Leonard Greathead

                        Plaintiff,

v.                                         Case No.:
                                         1:25−cv−13924
                                         Honorable Charles P.
                                         Kocoras

The Partnerships and Unincorporated Associations
Identified on Schedule A, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, May 29, 2026:

    MINUTE entry before the Honorable Charles P. Kocoras: The Court reviewed the Status Report [40]. Plaintiff is currently awaiting payment pursuant to a settlement agreement. If dismissal papers have not been filed by 7/20/2026, an updated report is due at that time. Mailed notice (ags)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.