**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IAN LEONARD GREATHEAD, | Case No.: 1:25-cv-13924 |
| Plaintiff, | Judge Charles P. Kocoras |
| v. | Magistrate Judge Beth W. Jantz |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | |
| Defendants. | |

**PLAINTIFF'S STATUS REPORT**

Pursuant to the Court's May 29, 2026 Minute Entry [41], Plaintiff, Ian Leonard Greathead ("Plaintiff"), respectfully submits this status report regarding Defendant Nos. 13 NB poster et al.[1] (collectively, the "Defendants").

Plaintiff and Defendants executed a settlement agreement under which Defendants agreed to pay Plaintiff the settlement amount, with payment due July 18, 2026. Defendants did not provide notice that additional time was needed and did not request an extension of that deadline. Defendants failed to remit the settlement amount by the July 18, 2026, deadline, and the settlement amount remains entirely unpaid.

Defendants have not provided any proof of payment. Accordingly, Plaintiff is filing concurrently herewith a Motion for Entry of Consent Judgment. Under the settlement agreement, Defendants' failure to pay entitles Plaintiff to file that motion for the full settlement amount, plus the reasonable attorneys' fees and costs incurred in entering and enforcing the judgment, and

---

[1] "Defendants" include Defendant Nos. 13 NB poster, 28 Unique posters, and 38 just poster.

Defendants agreed to the entry of the proposed Consent Judgment when they executed the settlement agreement.

Accordingly, Plaintiff respectfully requests that the Court enter the proposed Consent Judgment submitted with the concurrently filed motion and will keep the Court promptly apprised of any further developments.

DATED: July 20, 2026

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt
FL Bar No. 1036084/IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on July 20, 2026, with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all attorneys and parties of record.

/s/ Keith A. Vogt
Keith A. Vogt