**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

IAN LEONARD GREATHEAD,

      Plaintiff,

      v.

THE PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A",

      Defendants.

Case No.: 1:25-cv-13924

Judge Charles P. Kocoras

Magistrate Judge Beth W. Jantz

**NOTICE OF MOTION**

    **PLEASE TAKE NOTICE** that on Tuesday, July 28, 2026, at 9:50 a.m., Plaintiff, by Plaintiff's counsel, shall appear before the Honorable Charles P. Kocoras of the United States District Court for the Northern District of Illinois, Eastern Division, and present Plaintiff's Motion for Entry of Consent Judgment against Defendant Nos. 13 NB poster et al. [1] (collectively, the "Defendants").

---

[1] "Defendants" include Defendant Nos. 13 NB poster, 28 Unique posters, and 38 just poster.

DATED: July 20, 2026          Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt
FL Bar No. 1036084/IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail: keith@vogtip.com

**ATTORNEY FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on July 20, 2026, with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all attorneys and parties of record.

*/s/ Keith A. Vogt*
Keith A. Vogt