**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Ian Leonard Greathead

                                  Plaintiff,

v.                                           Case No.:
                                           1:25−cv−13924
                                           Honorable Charles P. Kocoras

The Partnerships and Unincorporated Associations
Identified on Schedule A, et al.

                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 21, 2026:

      MINUTE entry before the Honorable Charles P. Kocoras: Plaintiff's motion for entry of consent judgment [43] is taken under advisement and the presentment hearing noticed for 7/28/2026 is stricken. By 7/31/2026, Plaintiff shall supplement his motion with a declaration that establishes personal jurisdiction over each Defendant under the standard set forth in Liu v. Monthly, 170 F.4th 1090 (7th Cir. 2026) (mere evidence of a willingness to ship to Illinois customers is insufficient to establish personal jurisdiction; defendants must have actually shipped an infringing product to the state). Plaintiff shall also submit a revised proposed judgment order with language that is consistent with the Liu standard. Mailed notice (ags)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.